[No. 28851-2-I.   Division One.   December 14, 1992.]

*In the Matter of the Marriage of* KATHARINE S. GWINN, *Respondent, and* STEPHEN M. GWINN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 90-3-07677-0, Norman W. Quinn, J., entered June 12, 1991. *Affirmed* by unpublished opinion per Agid, J., concurred in by Webster, A.C.J., and Coleman, J.

[No. 14275-9-II.   Division Two.   December 14, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN M. JONES, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 90-1-00133-9, David R. Draper, J., entered September 27, 1990. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Alexander and Morgan, JJ.

[No. 14442-5-II.   Division Two.   December 14, 1992.]

GENE CALER, *Appellant*, v. THE DEPARTMENT OF RETIREMENT SYSTEMS, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 90-2-00303-2, Wm. Thomas McPhee, J., entered November 19, 1990. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan, A.C.J., and Alexander, J.